## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Diana Brahas
and Angel Gonzalez Jr.,
    v.
Ruth Dorochoff, District Director, USCIS
and Michael Chertoff, Director of Homeland Security,

Case Number:

FILED: JUNE 17, 2008
08CV3483
JUDGE PALLMEYER
MAG. JUDGE NOLAN
J. N.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Diana Brahas and Angel Gonzalez, Jr.

| | |
|---|---|
| NAME (Type or print) | |
| Isuf Kola | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Isuf Kola | |
| FIRM | |
| Kola & Associates, Ltd | |
| STREET ADDRESS | |
| 800 Roosevelt Rd., Building B Suite 110 | |
| CITY/STATE/ZIP | |
| Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6211018 | 630-790-6100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐