# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3483 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Diana Brahas, et la vs. Ruth Dorochoff | | |

**DOCKET ENTRY TEXT**

On Plaintiff's oral request, the above cause is dismissed with prejudice. Status hearing set for 8/27/2008 is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-03483    Document 8    Filed 08/26/2008    Page 1 of 1